IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AGUSTIN VELEZ,

            Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                   13-cv-445-bbc

EDWARD F. WALL, CATHY JESS,
MICHAEL BAENEN, JESSICA LEGOIS and
AMY BASTEN,

            Defendants.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Edward F. Wall, Cathy Jess, Michael Baenen, Jessica Legois and Amy Basten denying plaintiff leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 11/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |